1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    ZACHARY NICOLAS ANGEL,                      No.  1:20-cv-01713-NONE-BAM (PC)

12                 Plaintiff,

13         v.                                      ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS IN PART AND
14    CALIFORNIA CORRECTIONAL                      DISMISSING ACTION, WITH PREJUDICE,
      HEALTH CARE SERVICES, *et al.*,              FOR FAILURE TO OBEY A COURT ORDER
15                                                 AND FAILURE TO PROSECUTE
                 Defendants.
16                                                 (Doc. No. 11)

17

18         Plaintiff Zachary Nicolas Angel is a state prisoner proceeding *pro se* and *in forma*

19    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a

20    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On March 24, 2021, the assigned magistrate judge screened plaintiff's complaint and

22    granted plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within

23    thirty (30) days.  (Doc. No. 9.)  Plaintiff was warned that failure to comply with the court's order

24    would result in a recommendation for dismissal of this action, with prejudice, for failure to obey a

25    court order and for failure to state a claim.  (*Id.* at 7.)  Plaintiff did not file an amended complaint

26    or otherwise communicate with the court.

27         Therefore, on May 11, 2021, the magistrate judge issued findings and recommendations

28    recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28

                                                    1

1  U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.  (Doc. No. 11.)  Those

2  findings and recommendations were served on plaintiff and contained notice that any objections

3  thereto were to be filed within fourteen days after service.  (*Id.* at 8.)  Plaintiff has not filed

4  objections, and the deadline to do so has now passed.

5        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

6  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

7  magistrate judge's findings and recommendations are supported by the record and by proper

8  analysis insofar as they recommend dismissal for failure to obey a court order and failure to

9  prosecute.  The court finds it unnecessary to address and therefore expresses no opinion as to any

10  other ground(s) for dismissal discussed in the findings and recommendations.

11        Accordingly,

12        1.       The findings and recommendations issued on May 11, 2021, (Doc. No. 11), are

13                 adopted in part;

14        2.       This action is dismissed, with prejudice, due to plaintiff's failure to obey a court

15                 order and failure to prosecute; and

16        3.       The Clerk of the Court is directed to assign a district judge to this case for the

17                 purpose of closing the case and then to close this case.

18

19  IT IS SO ORDERED.

20      Dated:  __**July 12, 2021**__                    _____
                                                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28